IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STURGEON, et al., : | |
|       Plaintiff, : | |
| v. : | CIVIL ACTION NO. 15-6829 |
| : | |
| PHARMERICA CORP., : | |
|       Defendant. : | |

## ORDER

**AND NOW,** this 5th day of February 2020, upon consideration of Defendant's Motion to Dismiss [Doc. No. 51] and Motion for Judicial Notice [Doc. No. 52] and the responses and replies thereto, and for the reasons explained in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motions are **GRANTED in part and DENIED in part** as follows:

1. The Motion for Judicial Notice [Doc. No. 52] is **GRANTED** as to Exhibits A, B, C, D, E, F, G, and H, at Doc. No. 52, **GRANTED** for a limited purpose as to Exhibits I, J, and K, at Doc. No. 77, and **DENIED** as to Exhibits L, M, and N, at Doc. No. 77.

2. The Motion to Dismiss [Doc. No. 51] is **GRANTED** as to Relators' claims under 31 U.S.C. § 3729(a)(1)(G), which are hereby **DISMISSED** without prejudice. Relators may amend the First Amended Complaint by **February 26, 2020**.

3. The Motion to Dismiss [Doc. No. 51] is **DENIED** as to Relators' claims under 31 U.S.C. §§ 3729(a)(1)(A) and (B).

4. The Motion to Dismiss [Doc. No. 51] is **DENIED** as to the retaliation claims.

   It is so **ORDERED**.

                                                      **BY THE COURT:**

                                                      **/s/ Cynthia M. Rufe**

                                                      _____

                                                      **CYNTHIA M. RUFE, J.**