**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **LENA STURGEON,** *et al.*,<br><br>     **Plaintiffs,**<br><br>**v.**<br><br>**PHARMERICA CORPORATION,**<br><br>     **Defendant.** | **CIVIL ACTION NO. 15-6829** |

## ORDER

**AND NOW,** this 25th day of February 2021, upon consideration of the parties' Joint Motion for Entry of Amended Scheduling Order [Doc. No. 108], it is hereby **ORDERED** that:

1. Document production shall be substantially completed by **April 19, 2021**.

2. Document discovery shall be completed on or before **June 18, 2021**.

3. Fact depositions shall be completed on or before **December 17, 2021**.

4. The parties shall exchange affirmative expert reports on or before **March 21, 2022**.

5. The parties shall exchange rebuttal expert reports on or before **May 23, 2022**.

6. Expert discovery shall be completed on or before **July 8, 2022**.

7. Any motions for summary judgment shall be filed on or before **September 9, 2022**. Judge Rufe's Policies and Procedures for Summary Judgment will **not** apply in this case and the parties should instead follow Federal Rule of Civil Procedure 56.

8. Oppositions to motions for summary judgment shall be filed on or before **October 21, 2022**.

9. Replies to oppositions to motions for summary judgment shall be filed on or before **November 23, 2022**.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**