

DIRECT DIAL NUMBER:  
215-575-7013

Catherine Pratsinakis  
cpratsinakis@dilworthlaw.com

April 23, 2021

**FILED VIA ECF**
The Honorable Cynthia M. Rufe
United States District Court
Eastern District of Pennsylvania
12614 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1714

      **RE:**   *USA, ex rel. Sturgeon, et al. v. PharMerica Corp.*,
            **Civil Action No. 15-6829-CMR (ED Pa.)**

Dear Judge Rufe:

      The parties submit this joint letter pursuant to the Court's April 20, 2021 Order (ECF No. 114) ordering the parties to jointly report on the status of outstanding discovery disputes and the appointment of a Special Discovery Master.

      During a meet and confer on April 21, 2021, the parties identified several areas of potential compromise and are continuing to engage in meaningful good faith discussions. As such, the parties request an additional two weeks to provide a further report to the Court on the progress of their talks and the need for a Special Discovery Master.

                                          Respectfully yours,

                                          */s/ Catherine Pratsinakis*

                                          Catherine Pratsinakis

cc:    All Counsel Of Record (via ECF)