

DIRECT DIAL NUMBER:  
215-575-7013

Catherine Pratsinakis  
cpratsinakis@dilworthlaw.com

May 10, 2021

**FILED VIA ECF**  
The Honorable Cynthia M. Rufe  
United States District Court  
Eastern District of Pennsylvania  
12614 United States Courthouse  
601 Market Street  
Philadelphia, PA 19106-1714

      **RE:**   *USA, ex rel. Sturgeon, et al. v. PharMerica Corp.*,  
             **Civil Action No. 15-6829-CMR (ED Pa.)**

Dear Judge Rufe:

      The parties submit this joint letter pursuant to the Court's April 27, 2021 Order (ECF No. 116) ordering the parties to jointly report on the status of outstanding discovery disputes and the need for a special discovery master.

      In the parties' April 23, 2021 status update to the Court (ECF No. 115), they noted that during a meet and confer on April 21, 2021, they had identified several areas of potential compromise and were continuing to engage in meaningful good faith discussions.

      Despite the parties' good faith best efforts in the weeks since, they were ultimately unable to come to agreement or further resolve any of the discovery disputes raised in their October 19, 2020 letter to the Court.

      As such, the parties request that the Court defer these disputes to a magistrate for resolution or appoint one of the special discovery masters proposed in the parties' March 5, 2021 submission (ECF No. 112).

                                              Respectfully yours,  
                                              */s/ Catherine Pratsinakis*

                                              Catherine Pratsinakis

cc:    All Counsel Of Record (via email)